### 22263. RICHARDSON *v.* THE STATE.

LUKE, J. The evidence authorized the conviction of the accused, a cropper, charged with disposing of a certain part of crops without the consent of his landlord and before the landlord had received his part of the entire crop or payment for advances made to defendant; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 14, 1932.

*W. B. Ragan*, for plaintiff in error.
*G. C. Spurlin*, solicitor-general, contra.